Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RICHARD K. ARCHER and** | § | CASE NO. 17-20045-RLJ-7 |
| **RUTH E. ARCHER,** | § | |
| | § | |
| | § | |
| **Debtors.** | § | |

### SIXTH MOTION TO OPERATE BUSINESSES AND CONTINUE COMMERCIAL PROPERTY MANAGEMENT AGREEMENT

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estate, and files this Sixth Motion to Operate Businesses and Continue Commercial Property Management Agreement, and in support thereof would respectfully show unto the Court as follows:

1. An Order for relief under Chapter 7 of the Bankruptcy Code was entered on February 24, 2017. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. The Debtors operated two retail shopping centers located in the 2500 block of Paramount Blvd. and at 6010 S.W. 34th Avenue in Amarillo, Texas (the "Shopping Centers"). Ostensibly these Shopping Centers were owned and operated by the Debtors' profit sharing plan. However, pursuant to and Order signed by this Court on July 12, 2018, that retirement plan was

disqualified under the Internal Revenue Code and the assets of the plan were determined to be non-exempt property of this bankruptcy estate.

3. The Trustee previously requested authorization to operate the Shopping Centers under Section 721 of the Bankruptcy Code until December 31, 2021, which was approved by an Order of this Court entered on January 26, 2021. The shopping center on Paramount was sold pursuant to an Order of this Court entered June 20, 2019. That sale was closed on July 3, 2019. The Trustee wishes to extend the authorization to operate the 34th Avenue shopping center ("34th Avenue") until September 30, 2022. If no sale has occurred by September 30, 2022, the Trustee will file another motion updating the Court on the status of the 34th Avenue property and request appropriate action based on that update (e.g. extension of time to sell, or an auction to sell). The Trustee expects that the operation of the 34th Avenue property will continue to be a profitable business for the bankruptcy estate. The Shopping Centers have been accounted for via a separate bank account maintained by the Trustee. The balance in that account as of December 23, 2021 is $78,330.01, which represents the net profit generated by the Shopping Centers to date.

4. The Trustee has maintained liability and property damage insurance on the Shopping Centers, effective as of July 31, 2018. The major expenses of the Shopping Centers has been the payment of 2017 through 2021 property taxes. Additionally the insurance coverage required some basic repairs to the Paramount property, primarily to its parking lot. Finally, several tenant's air conditioner units have had to be replaced.

5. Pursuant to a prior Order, the Trustee contracted with Gaut Whittenburg Emerson CRE ("Gaut") to handle day-to-day operations of the business (pending sale of the Shopping Centers). Gaut charges the estate six percent (6%) of the gross monthly rentals generated by the Shopping Centers for their management services. In addition to their management fee, Gaut

receives six percent (6%) of any new leases entered into by the Shopping Centers and three percent (3%) of the value of any renewed lease of current tenants of the Shopping Centers. The Trustee wishes to continue the agreement with Gaut on the same terms as previously approved.

6. The continued operation of Debtor's business would be in the best interest of the Estate and consistent with the orderly liquidation of the Estate. If the 34th Avenue property was shut down and the tenant leases terminated, the value of the 34th Avenue property would likely decrease significantly.

7. The Gaut firm sold the Paramount property and is marketing the sale of the 34th Avenue property on behalf of the Trustee. Several offers have been received by the Trustee on the 34th Avenue property. The offers have been increasing over time as Gaut has stabilized the tenants in the property and now have trustworthy accounting records on the property that did not previously exist. The 34th Avenue property has title issues that preclude a sale at this time. Those title issues should be resolved in 2022.

**WHEREFORE, PREMISES CONSIDERED,** Trustee prays that he be authorized to operate the debtor's business and continue the Commercial Property Management Agreement, and such other relief to which Trustee may show himself justly entitled.

> Respectfully submitted,
>
> KENT RIES
> 2700 S. Western St., Suite 300
> Amarillo, Texas  79109
> (806) 242-7437
> FAX (806) 242-7440
>
> By:/s/  Kent Ries
>    Kent Ries
>    State Bar No. 16914050
> COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I, Kent Ries, certify that on the 23rd day of December, 2021, a true and correct copy of the foregoing Motion was sent either electronically or mailed in the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

/s/ Kent Ries
Kent Ries

```
205 East Fifth Street, Room 201D      Albert Alvarez                    Bobby Tunnell
Amarillo, TX 79101-1559               PO Box 1748                       c/o Attorney Dean Boyd, PLLC
                                      Austin, TX 78767-1748             2505 Lakeview Drive, Ste 100
                                                                        Amarillo, TX 79109-1525


BSA                                   Citibank, N.A.                    David Allison
P.O. Box 4780                         PO Box 6062                       7604 Rustling Cove
Troy, MI 48099-4780                   Sioux Falls, SD 57117              Austin, TX 78731-1332


Internal Revenue Service*             Kent David Ries                   Lovelady, Christy & Associates
Centralized Insolvency Operation      2700 S. Western Street             801 S. Fillmore, Ste. 420
PO Box 7346                           Suite 300                          Amarillo, TX 79101-3520
Philadelphia, PA 19101-7346           Amarillo, TX 79109-1536


                                                                        Northwest Texas Healthcare
Naman, Howell, Smith & Lee            Northwest Texas Healthcare System, Systems, Inc.
8310 Capital of Texas Hwy., Ste.      Inc.                               The Turek Law Firm, PC
490                                   1501 S. Coulter                   25227 Grogans Mill Road, Suite
Austin, TX 78731-1081                 Amarillo, TX 79106-1770            100A
                                                                        The Woodlands, TX 77380-2178


Patrick Alan Swindell                 Potter County Tax Office           PRA Receivables Management, LLC
Swindell Law Firm                     c/o Perdue Brandon Fielder         PO Box 41021
1619 S. Kentucky St., Ste. B202       Collins & Mott, LLP                Norfolk, VA 23541-1021
Amarillo, TX 79102-2276               Amarillo, TX 79105-9132


PYOD, LLC its successors and          Randall County Tax Office
assigns as assi                       c/o Perdue Brandon Fielder         Richard K. Archer
of Citibank, N.A.                     Collins & Mott, LLP                6867 Fulton
Resurgent Capital Services            Amarillo, TX 79105-9132            Amarillo, TX 79109-5003
Greenville, SC 29602-9008


                                                                         Synchrony Bank
Ruth E. Archer                        Swindell Law Firm P.C.             c/o PRA Receivables Management,
6867 Fulton                           1105 S. Taylor                     LLC
Amarillo, TX 79109-5003               Amarillo, TX 79101-4315            PO Box 41021
                                                                         Norfolk, VA 23541-1021


                                      The Picard Partners, Ltd.
Taxing Districts %PBFCM               Burdett Morgan Williamson &
Pedue Brandon Law Firm                Boykin, LLP                        United Collection Bureau
PO BOX 9132                           701 S. Taylor                      5620 Soutawyck Blvd, Suite 206
AMARILLO, TX 79105-9132               Amarillo, TX 79101-2424            Toledo, OH 43614-1501


United States Trustee                 US Attorney                        US Trustee
1100 Commerce Street                  Amarillo National Plaza            William T. Neary
Room 976                              500 S. Taylor Ste. 300, LB 238     1100 Commerce St. Rm. 976
Dallas, TX 75242-0996                 Amarillo, TX 79101-2401            Dallas, TX 75242-1011


Western Equipment
404 Frisco Ave.
Clinton, OK 73601-3440
```