CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 1, 2024

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD K. ARCHER and | § | CASE NO. 17-20045-RLJ-7 |
| RUTH E. ARCHER, | § | |
| | § | |
| Debtors. | § | |

## ORDER APPROVING MOTION TO COMPROMISE LITIGATION WITH DAVID AND EILEEN ALLISON

On this day came on for consideration the Motion of Kent Ries, Trustee herein, seeking Compromise Litigation with David and Eileen Allison (the "Motion"). The Court finds jurisdiction over the subject matter and has been advised that no party has filed an objection in response to the Motion. Further, the Court is of the opinion that the Motion of the Trustee is in order and that the party's agreement should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Trustee's Motion to Compromise Litigation with David and Eileen Allison is hereby granted; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order, including but not limited to, a compromise and settlement agreement, as described in the Motion.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE