

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed April 15, 2025**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-20045-RLJ-7 |
| | ) | Chapter 7 |
| RICHARD K. ARCHER and | ) | Judge Robert L. Jones |
| RUTH E. ARCHER, | ) | |
| | ) | |
| Debtors. | ) | |

## AGREED ORDER ON TRUSTEE'S OBJECTION TO IRS'S CLAIM

Having considered the parties agreement and record of this case on the *Trustee's Objection to Claim Number 2 of Department of Treasury – Internal Revenue Service* (Dkt. #191), it is

**ORDERED THAT:**

1. The IRS's Claim Number 2 is hereby revised and allowed as a priority claim for the 2013 tax year in the total amount of $78,412.63 consisting of $71,313.00 in tax and $7,099.63 of pre-petition interest.

2. No other amounts, costs, fees, claims or expenses shall be paid out of, or surcharged, against, the IRS' priority claim referenced in paragraph 1 above.

3. The Trustee will pay in full the IRS priority claim of $78,412.63 within five (5) days of the court entering this agreed order.

4. Trustee is not allowed any other relief than what is set out in this Agreed Order regarding Trustee's Objection to Claim Number 2 of the Department of Treasury -Internal Revenue Service, Dkt. #191.

5. Each party will bear its respective costs, including attorneys' fees regarding the Trustee's Objection to Claim Number 2 of the Department of Treasury -Internal Revenue Service, Dkt. #191.

6. The June 18, 2025, hearing on the the Trustee's Objection to Claim Number 2 of the Department of Treasury -Internal Revenue Service, Dkt. #191, is cancelled.

### END OF ORDER ###

Dated: April 11, 2025.

Submitted by:

/s/ *Herbert W. Linder*
HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
U.S. Department of Justice
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
Telephone: (214) 880-9754
Facsimile: (214) 880-9741
Email: Herbert.W.Linder@usdoj.gov

ATTORNEY FOR THE UNITED STATES

*/s/ Kent Ries (signed w/ permission)*
Kent Ries, Attorney at Law
State Bar No.: 16914050
P.O. Box. 3100
Amarillo, Texas 79116
Telephone: (806) 242-7437
Facsimile: (806) 2224-7440

COUNSEL FOR TRUSTEE